UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

GECPAC INVESTMENTS II, INC.,

                Plaintiff,

    v.                                                **DECISION & ORDER**
                                                         08-CV-199S

DYNAMIC DOUGNHUTS OF HENRIETTA,
INC.,

                Defendant.

The complaint in this action was filed March 7, 2008 (Item 1). When no answer or other responding documents were filed, plaintiff's counsel filed a Request for Entry of Default on April 8, 2008 (Item 6). The Clerk's Entry of Default was entered on April 14, 2008 (Item 7). Thereafter, plaintiff's counsel filed a Motion for Default Judgment on June 13, 2008, with a supporting affidavit (Item 8). The court filed an order on July 1, 2008, directing defendant to appear before the court on July 8, 2008 (Item 9). No response has been received from the defendant nor did the defendant appear as directed on July 8, 2008.

Plaintiff has established that it is entitled to default judgment and has set forth a detailed statement of its damages. Accordingly, the Clerk of Court is directed to enter judgment for plaintiff in the amount of $ 21,099,875.20, which includes interest due and owing.

      SO ORDERED.

Dated:  August 22, 2008
           Buffalo, New York                              /s/William M. Skretny
                                                                  WILLIAM M. SKRETNY
                                                                  United States District Judge